# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AORTIC INNOVATIONS LLC,** | C.A. NO. 23-158 (JPM) |
| Plaintiff, | |
| v. | |
| **EDWARDS LIFESCIENCES CORPORATION, EDWARDS LIFESCIENCES LLC, AND EDWARDS LIFESCIENCES (U.S.) INC.,** | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

## STIPULATION AND ORDER EXTENDING DEADLINE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and subject to the Court's approval, that the deadline for Plaintiff to respond to Defendants' Motion to Dismiss, Motion for a More Definite Statement, and Motion to Strike (D.I. 23) is extended until and through June 12, 2023. Edwards' Reply will be due within 14 days after being served with Plaintiff's response.

Dated: May 30, 2023

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| */s/ Anthony D. Raucci* | */s/ Adam W. Poff* |
| Brian P. Egan (#6227) | Adam W. Poff (No. 3990) |
| Anthony D. Raucci (#5948) | Robert M. Vrana (No. 5666) |
| 1201 North Market Street | Rodney Square |
| P.O. Box 1347 | 1000 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| began@morrisnichols.com | apoff@ycst.com |
| araucci@morrisnichols.com | rvrana@ycst.com |

SO ORDERED this 31st day of May, 2023

                                                          s/ Jon P. McCalla
                                           The Honorable Jon Phipps McCalla