IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AORTIC INNOVATIONS LLC,** ) | C.A. NO. 1:23-00158-JPM |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **EDWARDS LIFESCIENCES CORPORATION,** ) | **DEMAND FOR JURY TRIAL** |
| **EDWARDS LIFESCIENCES LLC, AND** ) | |
| **EDWARDS LIFESCIENCES (U.S.) INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER GRANTING PLAINTIFF AORTIC INNOVATIONS LLC'S MOTION TO NARROW ASSERTED CLAIMS AND PRIOR ART ARGUMENTS**

Before the Court is Plaintiff Aortic Innovations LLC's Motion to Narrow Asserted Claims and Prior Art Arguments. After consideration of the Motion and any responsive pleadings and exhibits, the Court **GRANTS** the Motion to Narrow Asserted Claims and Prior Art Arguments as follows.

(1) Plaintiffs shall narrow the number of asserted claims to no more than 18 claims four weeks prior to the service of initial expert reports.

(2) By two weeks thereafter, Defendant shall further narrow its Section 102/103 invalidity case to no more than 36 prior art arguments (or a proportional number if fewer claims are selected). A "prior art argument" shall be understood to be an argument that: (1) a single reference anticipates a claim; or (2) a single reference renders a claim obvious (i.e., "single reference obviousness"); or (3) a combination of references renders a claim obvious. Thus, for example, if Defendant relies on prior art reference A for anticipation and for single-reference obviousness as to claim 1 of a patent, that will count as two separate prior art arguments. Or if Defendant relies on prior art references

A + B for obviousness and A + B + C for obviousness as to claim 1 of the patent, that will count as two separate, prior art arguments. Additionally, prior art arguments shall be counted on a per claim basis, meaning that if Defendant asserts that prior art reference A anticipates claim 1 of a patent, and that prior art reference A also anticipates claim 2 of that patent, that will count as two total prior art arguments, one prior art argument per claim. Further, a "prior art argument" shall consist of those reference(s) that Defendant utilizes to show the existence of claim limitation(s) in the prior art.

(3) Any claims or prior art arguments no longer asserted because of narrowing will be dismissed without prejudice, and may be added back into the case upon a showing of good cause.

(4) If further narrowing of claims and/or prior art arguments is needed for trial, the parties will confer and submit a joint proposal for further narrowing 30 days before pretrial, or else submit contested proposals for further narrowing at that time.

It is ORDERED that Plaintiff Aortic Innovations LLC's Motion to Narrow Asserted Claims and Prior Art Arguments is **GRANTED**.

SIGNED this the _____ day of _____, 20____.

_____

HONORABLE JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 3, 2025, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Brian P. Egan
Anthony D. Raucci
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
began@morrisnichols.com
araucci@morrisnichols.com

Mark Vorder-Bruegge, Jr.
Matthew M. Lubozynski
WYATT, TARRANT & COMBS, LLP
6070 Poplar Ave., Suite 300
Memphis, TN 38119
mvb@wyattfirm.com
mlubozynski@wyattfirm.com

Alan E. Littmann
Doug Winnard
Michael T. Pieja
Jennifer M. Hartjes
Xaviere N. Giroud
Alice Preminger
Madeline R. Thompson
GOLDMAN ISMAIL TOMASELLI
BRENNAN
& BAUM LLP
200 S. Wacker, 22nd Floor
Chicago, IL 60606
(312) 681-6000
alittmann@goldmanismail.com
dwinnard@goldmanismail.com
mpieja@goldmanismail.com
jhartjes@goldmanismail.com
xgiroud@goldmanismail.com
apreminger@goldmanismail.com
mthompson@goldmanismail.com

Christy G. Lea
Joshua J. Stowell
Brian C. Barnes
KNOBBE MARTENS
2040 Main St., 14 Floor
Irvine, CA 92614
Christy.Lea@knobbe.com
joshua.stowell@knobbe.com
brian.barnes@knobbe.com

Brian C. Horne
KNOBBE MARTENS
1925 Century Park East, Suite 600
Los Angeles, CA 90067
brian.horne@knobbe.com

LitEWLIFL.028L@knobbe.com

*Attorneys for Defendants Edwards Lifesciences Corporation, Edwards Lifesciences LLC and Edwards Lifesciences (U.S.) Inc.*

*Attorneys for Defendants Edwards Lifesciences Corporation, Edwards Lifesciences LLC and Edwards Lifesciences (U.S.) Inc.*

Dated: February 3, 2025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com
jsiew@ycst.com

*Attorneys for Plaintiff Aortic Innovations LLC*