# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AORTIC INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-00158-JPM |
| v. | ) | |
| | ) | JURY TRAL DEMANDED |
| EDWARDS LIFESCIENCES | ) | |
| CORPORATION; EDWARDS | ) | |
| LIFESCIENCES LLC; EDWARDS | ) | |
| LIFESCIENCES (U.S.) INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING AMENDED SCHEDULE

On February 27, 2025, the Court held a hearing regarding a variety of discovery motions. (See ECF No. 281.)  At the Hearing, the Court and the Parties agreed on a modified schedule going forward, set forth below:

| | |
|---|---|
| **Fact Discovery Deadline** | February 27, 2025 |
| **Fact Discovery "Clean Up" Period[1]** | March 14, 2025[2] |
| **Initial Expert Witness Disclosures** | April 8, 2025 |
| **Rebuttal expert witness disclosures** | May 5, 2025 |
| **Reply expert witness disclosures** | June 4, 2025 |
| **Completion of expert depositions / expert discovery** | July 11, 2025 |
| **Dispositive motions** | July 28, 2025 |
| **Responses to dispositive motions** | August 18, 2025 |
| **Replies to dispositive motions** | August 28, 2025 |
| **Number of Witnesses to Depose** | Plaintiff may depose all of Defendants' indicated fact witnesses |

---

[1] The Parties are only to finish the fact discovery as indicated during the Hearing. This is not a time period to serve new discovery.
[2] The Parties agreed on this date at the Hearing.

| | before close of fact discovery |
|---|---|

**SO ORDERED**, this the 27th day of February, 2024.

/s/ Jon P. McCalla

JON P. McCALLA
UNITED STATES DISTRICT JUDGE